NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROZALIA GELFENBOYM and BENTSION )
ZILBERSHTEYN, )
)
    Appellants, )
)
v. ) Case No. 2D16-4319
)
DEUTSCHE BANK NATIONAL TRUST )
COMPANY AS TRUSTEE FOR THE )
HOLDERS OF NEW CENTURY HOME )
EQUITY LOAN TRUST, SERIES 2005-A, )
ASSET BACKED PASS-THROUGH )
CERTIFICATES, )
)
    Appellee. )
_____ )

Opinion filed March 28, 2018.

Appeal from the Circuit Court for Pinellas
County; Pamela A.M. Campbell, Judge.

Kelley A. Bosecker, St. Petersburg, for
Appellants.

Mary J. Walter of Liebler Gonzalez &
Portuondo, Miami, for Appellee.

PER CURIAM.


      Affirmed.


VILLANTI, MORRIS, and BADALAMENTI, JJ., Concur.